1  ~~ANDRÉ BIROTTE JR.~~
   ~~United States Attorney~~
2  ~~LEON W. WEIDMAN~~
3  ~~Assistant United States Attorney~~
   ~~Chief, Civil Division~~
4  ~~TIMOTHY R. BOLIN, CSBN 259511~~
5  ~~Special Assistant United States Attorney~~
        ~~Social Security Administration~~
6       ~~Office of the General Counsel~~
7       ~~160 Spear St Ste 800~~
        ~~San Francisco, CA 94105~~
8       ~~Telephone: (415) 977-8982~~
9       ~~Facsimile: (415) 744-0134~~
10      ~~Email: timothy.bolin@ssa.gov~~
   ~~Attorneys for Defendant~~

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ERIC AUSTIN KINTZER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 5:13-cv-01411-AN<br><br>~~[PROPOSED]~~ JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ORDERS, ADJUDGES, AND DECREES that this case be remanded to the Social

1 | Security Administration for further proceedings consistent with the parties' joint
2 | stipulation, and that judgment be entered for Plaintiff.

Date: January 8, 2014

HON. ARTHUR NAKAZATO
United States Magistrate Judge