~~WILLIAM M. KUNTZ  # 153052~~
~~Attorney at Law~~
~~4780 Arlington Avenue~~
~~Riverside, CA 92504~~
~~(951) 343-3400~~
~~Fax (951) 343-4004~~
~~E-Mail: KuntzSSlaw@sbcglobal.net~~
~~Attorney for Plaintiff~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 24 2014

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ERIC AUSTIN KINTZER,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO.: **EDCV13-1411 AN**<br><br>~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |

  Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

  **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND SEVEN HUNDRED SIXTY-ONE DOLLARS and no/cents ($1,761.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: March 24, 214

_____
UNITED STATES MAGISTRATE JUDGE

1